USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.N., individually, A.N., o/b/o N.N., a minor, P.N.,
individually, P.N., o/b/o N.N., a minor,

                    Plaintiffs,

                    -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                    Defendant.

1:25-cv-06961-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

On December 17, 2025, Defendant filed a letter informing the Court that the Parties had reached a settlement in principle, requesting an adjournment of pending deadlines and appearances, and seeking 30 days to submit finalized settlement documents to the Court. [ECF No. 9]. The Court so-Ordered that filing by endorsement. [ECF No. 10].

Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by February 19, 2026. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date: January 20, 2026**
     **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**